HANSON, APPELLANT, v. ROBBINS, EXECUTOR, ET AL.,
RESPONDENTS.

(No. 5,186.)

(Submitted April 30, 1923.   Decided May 26, 1923.)

(For syllabus, see *Wood, Administrator,* v. *Robbins, Executor,
et al., ante,* p. 409.)

*Appeal from District Court, Yellowstone County; A. C.
Spencer, Judge.*

ACTION by Albert S. Hanson against E. L. Robbins, as
executor of the estate of John D. Losekamp, deceased, and
J. W. Vaughn. Judgment for defendants and plaintiff ap-
peals. Affirmed.

*Messrs. Collins & Wood,* for Appellant, submitted a brief;
*Mr. Sterling M. Wood* argued the cause orally.

*Messrs. Johnston, Coleman & Johnston,* for Respondent Rob-
bins, submitted a brief; *Mr. J. H. Johnston* argued the cause
orally.

MR. COMMISSIONER BENNETT prepared the opinion
for the court.

With the exception of the question as to whether or not
a transfer of the stock involved in this action was procured
by respondent's testator by false and fraudulent represen-
tations, this case is controlled by the decision in *Wood* v.
*Robbins et al., ante,* p. 409.

As to the question of false and fraudulent representation,
while the testimony is slightly different from the controlling
case we are of the same opinion as was therein expressed,
namely, that the evidence does not preponderate against the

finding that there was no fraud or false representation used by respondent's testator.

Upon the authority of *Wood* v. *Robbins, supra,* we recommend that the judgment be affirmed.

PER CURIAM: For the reasons given in the foregoing opinion, the judgment appealed from is affirmed.

*Affirmed.*

Rehearing denied June 15, 1923.

(For syllabus, see *Wood, Administrator,* v *Robbins, Executor, et al., ante,* p. 409.)

